No. 83–382.  RUSH v. UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT ET AL.  C. A. D. C. Cir.  Motion of peti-

tioner to defer consideration of the petition for writ of certiorari denied.    Certiorari denied.